**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
VERONICA MADDY, on behalf of herself
and all others similarly situated,

                      Plaintiff,                  **22-CV-5410 (PGG) (VF)**

               -against-                     **ORDER**

PAUL LABRECQUE SALON, INC.,

                      Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On September 19, 2022, Defendant was served with the Complaint (ECF No. 8). Defendant's time to answer was October 11, 2022 (ECF No. 8). As Defendant has not filed an answer or otherwise appeared, the Court directs Defendant to appear in this case with counsel by **December 15, 2022**. Plaintiff is directed to mail this order to the last known address of Defendant.

Defendant is notified that failure to defend this action and/or participate in its proceeding may result in sanctions, including an entry of default judgment against it.

        **SO ORDERED.**

DATED:     New York, New York
                November 30, 2022

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge