

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**Via ECF**
The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application Granted

*[signature]*

Valerie Figueredo, U.S.M.J.
DATED: 1-4-2023
The conference is adjourned until February 6, 2023 at 10:00 am.
Counsel for the parties are directed to call Judge Figueredo's
AT&T conference line at the scheduled time. Please dial (888)
808-6929; access code [9781335].

Re:    *Maddy v. Paul Labrecque Salon, Inc.*
       Case No. 1:22-cv-05410-PGG-VF

Dear Magistrate Judge Figueredo:

Plaintiff's Counsel submits this letter-motion to request an adjournment of the initial pretrial conference, currently scheduled to take place on January 5, 2023. Plaintiff's Counsel is currently traveling with his family and is out of the country. As such, Counsel requests that the conference be adjourned to February 6, 2023, or a date thereafter more convenient to the Court, as Counsel's calendar is quite full during the rest of January. Defense Counsel has also agreed to the adjournment, and this is the first time this relief is being requested. The Parties also request that the pre-conference submission deadline be extended to one-week before the new conference date.

Plaintiff thanks the Court for its attention and consideration herein.

**Respectfully and sincerely,**

**/s/ Mars Khaimov, Esq.**

**Cc: David Stein, Esq.**

