**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
VERONICA MADDY, on behalf of herself
and all others similarly situated,

                Plaintiff,                       **22-CV-5410 (PGG) (VF)**

          -against-                              **ORDER**

PAUL LABRECQUE SALON, INC.,

                Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

Per the Court's Individual Practices in Civil Cases (Section II (a)), the parties were

required to have submitted a Rule 26(f) Conference Report and Proposed Case Management Plan

on Monday, January 30, 2023, in anticipation of the conference scheduled for February 6, 2023.

That deadline has passed, and the Court has not received the case management plan. The parties

are directed to file the report and plan by **Thursday, February 2, 2023 by 5:00 p.m.** If the

parties do not submit a case management plan by that date, the conference scheduled for

February 6, 2023 will be canceled. The Court notes that this is the second time the Court has

attempted to schedule an initial case management conference and the second time the parties

have failed to submit a proposed case management plan by the required deadline.

         **SO ORDERED.**

DATED:    New York, New York
             February 1, 2023

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge