UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VERONICA MADDY, on behalf of herself
and all others similarly situated,

                  Plaintiff,

-against-

PAUL LABRECQUE SALON, INC.,

                  Defendant.

-----------------------------------------------------------------X

22-CV-5410 (PGG) (VF)

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

4/26/2023

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference scheduled for Monday, May 1, 2023, at 2:00 p.m., has been rescheduled to **Wednesday, June 7, 2023, at 2:00 p.m.** via Zoom. The Zoom information will be emailed to the parties closer to the conference date. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo As indicated in that order, parties must submit pre-conference submissions, via e-mail to chambers, no later than **May 31, 2023.** The Clerk of Court is directed to terminate the motion at ECF No. 21.

**SO ORDERED.**

DATED:     April 26, 2023

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge